# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JAREER JASER, §
§
Plaintiff, §
§
V. §        No. 3:18-cv-3429-B-BN
§
AT&T SERVICES, INC., ET AL., §
§
Defendants. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On April 2, 2019, United States Magistrate Judge David L. Horan made findings, conclusions, and a recommendation in this case that the Court should deny Plaintiff Jareer Jaser's motions for leave to file a fourth-amended complaint [Dkt. Nos. 23 & 25] without prejudice to Jaser's renewing a request for leave to amend his allegations only after a defendant responds to a version of the complaint Jaser has served on that defendant [Dkt. No. 28] (the "FCR").

Jaser nevertheless filed a fourth-amended complaint or motion for leave to do so on April 8, 2019. *See* Dkt. No. 30. And he filed other papers regarding the need for an injunction and concerning his efforts to serve the defendants. *See* Dkt. Nos. 29, 31, 32, 33, 34, 35, 36, 39, & 40. The Court has reviewed these filings *de novo*, and, to the extent that in any of them Jaser objects to the FCR or a portion of the FCR, the Court finds no error and **ACCEPTS** the FCR and **DENIES** the motions for leave to amend [Dkt. Nos. 23 & 25].

Further, to the extent that Jaser again moved for leave to file an amended complaint on April 8, 2019, the Court **DENIES** that motion for the reasons explained in the FCR. And, to the extent that any of Jaser's post-FCR filings renew his request for preliminary injunctive relief, the Court

**DENIES** that request for the reasons explained in the April 1, 2019 Order [Dkt. No. 26].

In sum, the operative complaint remains the third-amended complaint filed March 21, 2019. *See* Dkt. No. 21. And, because several defendants have now moved to dismiss that complaint under Federal Rules of Civil Procedure 8, 12(b)(4), 12(b)(5), and 12(b)(6), *see* Dkt. Nos. 37 & 38, the Court **ORDERS** Jaser to refrain from filing further attempts to amend his claims until the Court rules on that motion.

And the Court **RE-REFERS** this matter to Judge Horan to enter a briefing order on that motion and to otherwise continue to manage this action for pretrial purposes.

**SO ORDERED.**

**DATE: April 17, 2019**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE