UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAREER JASER, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:18-CV-3429-B-BH |
| AT&T SERVICES, INC., ET AL., | § § § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant City of Dallas's Rule 12(b)(6) Motion to Dismiss, and Brief in Support*, filed April 26, 2019 (doc. 55), is **GRANTED**, and the plaintiff's § 1983 claims against it and Officer Tony Black in his official capacity are **DISMISSED with prejudice**.

**SIGNED** this 17th day of January, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE